each count and judgment for the cumulated fine of $600 was entered.

The record contains no notice of appeal from this judgment, in the absence of which we are without jurisdiction to enter any order except a dismissal of the appeal.

The appeal is dismissed.

## ROSS v. STATE.
### No. 26139.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The jury found appellant guilty under each of the four counts of the information charging him with the offense of negligent homicide in the second degree in the first two counts and aggravated assault in the others. A fine of $150 was assessed under

## HOOVER v. STATE.
### No. 26152.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is aggravated assault with a motor vehicle; the punishment, two months in jail and a fine of $500.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for our review, the judgment of the trial court is affirmed.